**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILOOFAR KAIBOLLAHI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, U.S. EMBASSY IN ANKARA, TURKEY, ANTONY BLINKEN, United States Secretary of State, JEFFRY L. FLAKE, Ambassador of the United States at the U.S. Embassy in Ankara, Turkey,<br><br>Defendants. | Case No. 2:22-cv-08119 JLS (JPRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING EXECUTION OF VISA APPLICATION (Doc. 12)** |

Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefore,

IT IS HEREBY ORDERED that the instant action shall be stayed until July 31, 2023.  No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: February 16, 2023

                                                  _____
                                                  HON. JOSEPHINE L. STATON
                                                  UNITED STATES DISTRICT JUDGE